IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **DALE G. LEWIS,** | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   Case No.  10-CV-046-JHP-KEW |
| | ) |
| **MICHAEL J. ASTRUE,** | ) |
| Commissioner of Social | ) |
| Security Administration, | ) |
| Defendant. | ) |

## ORDER

Plaintiff, Dale G. Lewis, has moved the Court for an award of attorney fees pursuant to 42 U.S.C. §406(b).  On April 1, 2013 the Magistrate Judge issued a Report and Recommendation on Plaintiff's Motion For Attorney Fees.  There has not been an objection filed.  The Magistrate Judge recommended that the motion should be granted. Based on an independent review of the record, the Court concludes Plaintiff is entitled to an attorneys' fee award of $18,967.00 and adopts the Report and Recommendation as this Court's Order.

**IT IS SO ORDERED** this 28th day of May, 2013.

James H. Payne
United States District Judge
Eastern District of Oklahoma